IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LAVON HEATH,
    Pettitioner/Plaintiff,

Civil No. 2:07cv255-WKW
(to be assigned)

vs.

DARLENE A. DREW, WARDEN
    FPC MONTGOMERY
        Respondent/Defendant. /

MOTION TO PROCEED IN FORMA PAUPERIS
AND AFFIDAVIT IN SUPPORT THEREOF

I, LAVON HEATH, Petitioner, declare under a penalty of perjury that I am the Petitioner in the above-entitled proceeding; that I am unable to pay the cost of said proceeding or security thereof, if there be any fees or costs at law; that I am entitled to redress; and that I believe I have a meritorious case.

**WHERFORE,** I hereby request to be allowed to proceed in forma pauperis, without prepayment of fees, costs, or security thereof, if there be any at law.

Respectfully submitted,

_Lavon Heath_ 3/21/07

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LAVON HEATH,
    Petitioner/Plaintiff,

Civil No. 2:07cv255-WKW
(to be assigned)

vs.

DARLENE A. DREW, WARDEN
   FPC MONTGOMERY
      Respondent/Defendant    /

RECEIVED
2007 MAR 23  A 9:32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AFFIDAVIT IN SUPPORT OF MOTION TO
PROCEED IN FORMA PAUPERIS

I, LAVON HEATH, Petitioner in the above captioned case, in support of motion to proceed in forma pauperis without being required to pay any prepaid fees or costs, if there be any required by law declare that because of my financial and economic hardship. I am unable to pay the costs of said proceedings or furnish any guarantee for the same costs. And, I believe that the said petition for writ of habeas corpus is meritorious.

I declare that I have no assets, property, stocks, bonds or anything of value. I am currently employed by the Bureau of Prisons, the approximate monthly income is $35.00 monthly on the average. I have no checking or savings account. In sum, I have nothing of value.

I understand that any false statement or answer in this affidavit carries a penalty for perjury under the provisions of 18 U.S.C.§1621, and it can subject Petitioner to a prison sentence up to a maximum of five(5) years or a fine of up to a maximum of 2,000.00, I declare under penalty of perjury that the foregoing is true and correct. Signed this 21st day of March 2006.

Respectfully submitted,

*[signature]* 27989-004

LAVON HEATH
REG.#27989-004
FEDERAL PRISON CAMP
MAXWELL AFB
MONTGOMERY, AL 36112