IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAVON HEATH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Case No. 2:07-cv-00255-WKW |
| | )  (WO) |
| DARLENE A. DREW, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On April 9, 2007, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case. Mr. Heath filed a timely objection. Upon an independent and *de novo* review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Objection (Doc. # 5) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED;

3. The petition for habeas corpus relief (Doc. # 1) is DENIED; and

4. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 27th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE