IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAVON HEATH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-00255-WKW |
| ) | (WO) |
| DARLENE A. DREW, ) | |
| ) | |
| Respondent. ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED with prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of April, 2007.

                                          /s/  W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE