IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LAVON HEATH,

    Petitioner,

v.   Case No. 2:07-cv-255-WKW
(WO)

DARLENE DREW,

    Respondent.
_____/

### NOTICE OF APPEAL FROM DISTRICT COURT'S ORDER AND MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

COMES NOW, Petitioner, Lavon Heath, PRO-SE, and respectfully gives notice of appeal to the United States Court of Appeals for the Eleventh Circuit, from the district court's denial of Petitioner's petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241, and moves this Court to grant Petitioner leave to proceed in this action <u>in forma pauperis</u> pursuant to 28 U.S.C. §1915(a)(1) and (b)(4) of Judiciary & Judicial Procedure without first being required to pre-pay fees and costs or otherwise being required to give security thereof because of Petitioner's poverty.

Date: 5/1/07

Respectfully submitted,

LAVON HEATH  27989-004
#27989-004
FEDERAL PRISON CAMP
MAXWELL AFB
MONTGOMERY, AL 36112-001

## CERTIFICATE OF SERVICE

I, Lavon Heath, Petitioner, PRO-SE, in the above matter, do hereby certify that a true and correct copy of the foregoing Notice of Appeal was duly served on the Respondent by placing said copy in the U.S. Mail, proper postage affixed, addessed to the United States Attorney's Office for the Middle District of Alabama this 1st day of May, 2007.

LAVON HEATH
#27989-004
FEDERAL PRISON CAMP
MAXWELL AFB
MONTGOMERY, AL 36112

MONTGOMERY AL 361
02 MAY 2007 PM 1 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711