IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAVON HEATH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-00255-WKW |
| | ) [wo] |
| DARLENE DREW, | ) |
| | ) |
| Respondent. | ) |

**<u>ORDER</u>**

Upon consideration of the petitioner's Motion for Relief from Judgment and/or Motion to Alter or Amend Judgment(Doc. # 12), it is ORDERED that, to the extent the motion seeks vacatur of the court's order denying a construed motion for a certificate of appealability, the motion is GRANTED. Federal prisoners seeking habeas corpus relief pursuant to 28 U.S.C. § 2241 are not required to obtain a certificate of appealability prior to appeal. *See Ramiro v. Vasquez*, No. 06-12190, 2006 WL 3697398 (11th Cir. Dec. 13, 2006). The court's May 11, 2007 order (Doc. # 10) is therefore VACATED.

DONE this 21st day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE