IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-12119-D
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 2 4 2007
THOMAS K. KAHN
CLERK

LAVON HEATH,

                                                                       Petitioner-Appellant,

versus

DARLENE A. DREW,
Warden,

                                                                       Respondent-Appellee.

_____

Appeal from the United States District Court for the
Middle District of Alabama
_____

ORDER:

      Appellant's motion for leave to proceed on appeal <u>in forma pauperis</u> is DENIED because the appeal is frivolous. See <u>Pace v. Evans</u>, 709 F.2d 1428 (11th Cir. 1983).

                                                                       /s/   Stanley Marcus
                                                               UNITED STATES CIRCUIT JUDGE