# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED For rules and forms visit
www.ca11.uscourts.gov

August 24, 2007

2007 AUG 28 A 9: 20

Lavon Heath (27989-004)
Montgomery FPC
Maxwell AFB
MONTGOMERY AL 36112-5645

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Appeal Number: 07-12119-D**
Case Style: Lavon Heath v. Darlene A. Drew
District Court Number: 07-00255 CV-W-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

MOT-2 (06-2007)