IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-12119-D

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

SEP 11 2007

THOMAS K. KAHN
CLERK

LAVON HEATH,

Petitioner-Appellant,

versus

DARLENE A. DREW,
Warden,

Respondent-Appellee.

Appeal from the United States District Court for the

Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 11th day of September, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Nancy Holbrook
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

/s/ Nancy Holbrook
Deputy Clerk
Atlanta, Georgia

ORD-40